```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

NANCY KINDER,                  )
                               )
    Plaintiff,                 )   Civil Action No. 11-232-JMH
                               )
v.                             )
                               )
WHITAKER BANK, INC.,           )
                               )               **ORDER**
    Defendant.                 )
                               )

                                 \*\*     \*\*    \*\*    \*\*     \*\*

This matter is before the Court upon the Plaintiff's Motion for Geoffrey Bestor to Appear Pro Hac Vice [DE 3]. The office of the Clerk of Court has conducted a bar status check with respect to Attorney Bestor and advises the undersigned that Bestor's bar status is "delinquent" in the State of New York with respect to fees owed in that jurisdiction. This is contrary to the Motion and Affidavit submitted by Mr. Bestor in which he affirmed that he is a member in good standing of all the bars to which he is admitted. Mr. Bestor must meet all requirements of Local Civil Rule 83.2 to obtain permission to practice in this matter. It now appears that he does not.

Accordingly, **IT IS ORDERED** that Attorney Geoffrey Bestor shall **SHOW CAUSE** why he should not be stricken as counsel of record for Plaintiff on or before **August 12, 2011.**

This the 1st day of August, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge