Eastern District of Kentucky
FILED

AUG 12 2011

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| NANCY KINDER, *individually and on behalf of all others similarly situated,* )<br>)<br>) Plaintiff, )<br>vs. )<br>)<br>WHITAKER BANK, INC, DBA )<br>PEOPLES BANK AND )<br>TRUST COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 11-232-JMH |

### PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE

Geoffrey Bestor, counsel for Plaintiff Nancy Kinder, moved for admission *pro hac vice* in the above-captioned case. On August 1, 2011, this Court ordered counsel to show cause why he should not be stricken as counsel of record for Plaintiff because counsel was delinquent on his New York bar dues. Counsel apologizes to the Court for this oversight. Attached hereto is a receipt from the Office of Court Administration, Attorney Registration Unit, of the New York Unified Court System acknowledging payment of counsel's bar dues and indicating counsel's registration status as current.

WHEREFORE, counsel respectfully requests the Court vacate its August 1, 2011, order to show cause and admit counsel *pro hac vice* in this case.

August 10, 2011

Respectfully submitted

GEOFFREY BESTOR

By: _____
2701 Calvert Street, NW #1121
Washington, DC 20008
(240) 463-8503
Email: gbesq@bestorlaw.com

Counsel for Plaintiff