UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| NANCY KINDER, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br>  vs.<br><br>WHITAKER BANK, INC, DBA PEOPLES BANK AND TRUST COMPANY,<br><br>        Defendant. | Civil Action No. 11-232-JMH |

### NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

     PLEASE TAKE NOTICE that Plaintiff Nancy Kinder hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 15, 2011          Respectfully submitted,

                                         /s/ Geoffrey Bestor
                                         2701 Calvert Street, NW #1121
                                         Washington, DC 20008
                                         240-463-8503
                                         gbesq@bestorlaw.com

                                         Counsel for Plaintiff

### CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys registered in the ECF system for this case.

                                         /s/ Geoffrey Bestor
                                         Geoffrey Bestor